**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 173.63.123.216, <br><br> Defendant. | Civil Case No. 2:21-cv-15651-KSH-LDW <br><br> SUPPLEMENTAL CERTIFICATE OF SERVICE <br> *Document Filed Electronically* |

**JOHN C. ATKIN,** hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey, admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, and a member of The Atkin Firm, LLC, counsel for Plaintiff Strike 3 Holdings, LLC ("Plaintiff"). I make this supplemental certification based on personal knowledge regarding service of Plaintiff's motion for the entry of Default Judgement against Defendant John Doe

subscriber assigned IP address 173.63.123.216 a/k/a James English ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(b), and associated documents.

2. On May 6, 2022, I caused a copy of Plaintiff's Notice of Motion for Entry of Default Judgment; Memorandum of Law in support thereof; the Certification of John C. Atkin, Esq.; a proposed form of Order; and this certificate of service, to be served (in both redacted and unredacted form) (collectively, "Plaintiff's Default Judgment Motion Papers") on Defendant *via* First Class Mail and Certified Mail. *See* D.E. 17-4 & 21.

3. On May 12, 2022, I received the First Class Mailing of Plaintiff's Default Judgment Motion Papers returned by the United States Postal Service ("USPS"), indicating that the address was "not known" to USPS.

4. On May 12, 2022, I reviewed the USPS website for the status of the Certified Mailing of Plaintiff's Default Judgment Motion Papers, which indicated that that mailing was also being returned to sender based on the address being "unknown" to USPS.

5. On May 12, 2022, I also received the copy of Plaintiff's April 18, 2022 request for entry of default that had been sent to Defendant via Certified Mail, *see* D.E. 14 & 15, which was returned by USPS and indicated the address was "not known" to USPS.

6. To date, the Regular Mailing to Defendant of Plaintiff's April 18, 2022 request for entry of default to Defendant has <u>not</u> been returned as undeliverable. *See* D.E. 14 & 15.

7. On May 12, 2022, I reviewed the USPS website for the status of the Certified Mailing of Plaintiff's March 16, 2022 letter. D.E. 17-2 (Ex. A), D.E. 19 (Ex. A). In contrast to the above items, USPS's website indicates that USPS left notice of the Certified Mailing of the March 16, 2022 letter at Defendant's residence on March 21, 2022, before returning the Certified Mailing of the March 16, 2022 letter with a stamp stating "RETURN TO SENDER, UNCLAIMED, REFUSED." A true and correct copy of the returned envelope for the Certified Mailing of the March 16, 2022 letter is attached hereto as **Exhibit A**.

8. To date, the Regular Mailing of Plaintiff's March 16, 2022 letter to Defendant has <u>not</u> been returned as undeliverable. *See* D.E. 17-2 (Ex. A), D.E. 19 (Ex. A).

9. On May 12, 2022, Plaintiff placed Plaintiff's Default Judgment Motion Papers (in both redacted and unredacted form) with a process server, Guaranteed Subpoena "(GSS)", and requested that expedited personal service be made on Defendant.

10. On May 15, 2022, GSS effected personal service of Plaintiff's Default Judgment Motion Papers on Defendant. A true and correct copy of GSS's Declaration of Service is attached as **Exhibit B**.

11. On May 16, 2022, I caused a copy of this document and attached exhibits to be served on Defendant *via* Regular Mail.

12. I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated:  May 16, 2022                                  Respectfully submitted,

                                                       **THE ATKIN FIRM, LLC**

                                                       /s/  *John C. Atkin*
                                                       John C. Atkin, Esq.

# Ex. A



# Ex. B



AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

**SERVICE OF:** NOTICE OF MOTION, MEMORANDUM OF LAW, CERTIFICATIONS, EXHIBITS, PROPOSED ORDER,
**EFFECTED (1) BY ME:** **LOUIS LISI**
**TITLE:** **PROCESS SERVER**

**DATE:** **5/15/2022 1:52:06 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JAMES ENGLISH

Place where served:

48 ETHAN DR.  APT. 1A  NEW PROVIDENCE BORO  NJ  07924

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JAMES ENGLISH

Relationship to defendant    **SELF**

Description of Person Accepting Service:

SEX: M    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____       SERVICES $ _____.____       TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Docusign Court Approved E-Signature**

DATE:  05/15/2022         *LOUIS LISI*                                                        L.S.
                          2A2B5FCB347A413...

SIGNATURE OF LOUIS LISI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    JOHN C. ATKIN, ESQ.
PLAINTIFF:   STRIKE 3 HOLDINGS LLC.
DEFENDANT:   JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 173.63.123.216
VENUE:       DISTRICT
DOCKET:      2 21 CV 15651 KSH LDW
COMMENT: